# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESA GONZALEZ PENA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JOHN D. EARLY, et al.,<br><br>　　　　　　Respondents. | CASE NO. 5:26-cv-01808-MRA-SK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Vanesa Gonzalez Pena is a native and citizen of the Dominican Republic who has been detained at the Adelanto Detention Facility by U.S. Immigration and Customs Enforcement (ICE) since December 2025. (ECF 1 at 2-3). Alleging that her detention is unlawful, petitioner seeks release from ICE custody under 28 U.S.C. § 2241. (*Id*. at 15-16). On April 20, 2026, respondents answered the petition, stating that they "are not presenting an opposition argument at this time" and that "no more filings or proceedings will be necessary in this matter." (ECF 10 at 2). The Court thus construes the § 2241 petition as unopposed.

So construed, the petition is GRANTED. Respondents are ORDERED to released Petitioner from ICE custody immediately. They are also ORDERED to return Petitioner's confiscated personal belongings, including any identification documents. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: April 22, 2026

_____
MONICA RAMIREZ ALMADANI
United States District Judge