JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VANESA GONZALEZ PENA,

Petitioner,

v.

JOHN D. EARLY, et al.,

Respondents.

Case No. 5:26-cv-01808-MRA-SK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Vanesa Gonzalez Pena is to be released from the custody of Immigration and Customs Enforcement immediately with the return of her confiscated personal belongings, including identification documents.

DATED: April 22, 2026

MONICA RAMIREZ ALMADANI
United States District Judge